JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALL PURPOSE MARINE, LLC, | NO. CV 07-00679 SJO (CWx) |
| Plaintiff, | **FINAL JUDGMENT** |
| v. | |
| DAN SPIRO, et al. | |
| Defendants. | |

This matter came before the Court on Plaintiff All Purpose Marine, LLC's ("APM") Application for Entry of Default Judgment Against Defendant Ruthellen Sprio aka Candy Edenfield ("Spiro"). The Court granted APM's Application.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. That judgment be entered in favor of APM on its breach of vessel repair agreement and action on open book account claims against Spiro.
2. That APM be awarded damages of $34,603.75, pre-judgment interest of $5,882.63, attorney fees of $800.00, and costs of $300.00, for a total of $41,586.38.

IT IS SO ADJUDGED.             /S/   S. James Otero

July 3, 2008

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE